UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO R. DESIERTO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CASA DE LAS CAMPANAS, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil No. 06-CV-2462-L(LSP) <br><br> **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE [doc. #9]** |

Good cause appearing, **IT IS ORDERED** granting the parties' joint motion dismissing the above-captioned case with prejudice [doc. #9].

**IT IS SO ORDERED.**

DATED: April 10, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

06cv2462

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28